### STATE v. SOLOMON EVANS.

Court of Quarter Sessions.  November, 1808.

*Wells' Notebook, 373.*

*Wells* for defendant.

The nuisance [was] committed by the person of whom Evans purchased the farm; to wit, in running the fence across the road —and continued by Evans—but no proof of notice to him to remove it.  The case was not argued, but the CHIEF JUSTICE BOOTH observed to me out of court that the intimation given in the case of the *State v. Painter,* respecting the necessity of notice to make a purchaser answerable for a nuisance, was the result of mature reflection.